NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: reyesf@earthlink.net

Attorney for Defendant
JUAN ANGEL LOPEZ

**FILED**
JAN 21 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN ANGEL LOPEZ, <br><br> Defendant. | CASE NO. 1:13-CR-00259-LJO-SKO <br><br> STIPULATION MODIFYING CONDITIONS OF RELEASE |

Defendant, JUAN ANGEL LOPEZ, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, BRIAN DELANEY, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the conditions of release for Defendant Juan Angel Lopez be modified as follows:

Whereas, defendant has successfully completed 6 months at Victory Outreach Program. He shall be released from the program to reside with relative Alfredo Ortega at 2801 Wenatchee Drive, Bakersfield, California 93306.

1

1  **IT IS SO STIPULATED**

Respectfully submitted,

3  Dated: January 21, 2014

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

6  **IT IS SO STIPULATED**

8  Dated: January 21, 2014

BRIAN DELANEY
Assistant U.S. Attorney

11 **IT IS SO ORDERED**

All remaining conditions of pre-trial release shall remain in effect.

14 Dated: 1/21/14

JUDGE SHEILA K. OBERTO

2