NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  nfreyeslaw@gmail.com

Attorney for Defendant
JUAN ANGEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:13-CR-259-LJO |
| Plaintiff, | STIPULATION TO VACATE  TRIAL |
| v. | COURT ORDER DENYING REQUEST |
| JUAN ANGEL LOPEZ, | |
| Defendant. | |

Defendant, JUAN ANGEL LOPEZ, by and through his counsel of record,

NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and

through its counsel of record, BRIAN DELANEY, Assistant United States Attorney

for the Eastern District of California, hereby stipulate that the Jury Trial date in the above-

referenced case currently scheduled for October 21, 2014 at 8:30 a.m. be vacated and Case

No. 13-cr-259-LJO trail Case No. 14-cr-148-LJO.

This stipulation is based on good cause and in the interest of justice.   The parties

agree to vacate the presently set trial date for reasons that the parties are in global

negotiations in regard to two cases; 1:13-CR-259-LJO and 1:14-CR-148-LJO, in which Mr.

Lopez is a defendant.  Both cases of defendant are pending before this District Court.  The

parties anticipate that a final, global agreement will be reached but require additional time

1    beyond the presently scheduled trial date in Case Number 1:13-CR-259-LJO.  The parties

2    further stipulate and are in agreement that case number 1:13-CR-259-LJO trail case number

3    1:14-CR-148-LJO, and anticipate the final agreement to be filed within 2 weeks.

4         The parties agree to the exclusion of time under the Speedy Trial Act to allow

5    effective preparation of counsel, to research and continue its investigation, and for ongoing

6    negotiations.  For that reason, time is excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A), and

7    (h)(7)(B)(iv).

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: October 8, 2014        /s/ Nicholas F. Reyes
                             NICHOLAS F. REYES
                             Attorney for Defendant
                             JUAN ANGEL LOPEZ

**IT IS SO STIPULATED**

Dated: October 8, 2014        /s/ Brian Delaney
                             BRIAN DELANEY
                             Assistant U.S. Attorney

**ORDER**

**Once a trial is set, it is firm.  Trying to resolve a case is not good cause.  The trial**

**will go forward as set unless the case is either resolved by plea or dismissed.**

IT IS SO ORDERED.

Dated:   **October 8, 2014**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE