BENJAMIN B. WAGNER
United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>JUAN ANGEL LOPEZ,<br><br>       Defendants. | CASE NO. 1:13 CR 00259 LJO<br><br>MOTION TO DIMSISS<br><br>COURT: Hon. Lawrence J. O'Neill |

**MOTION TO DISMISS INDICTMENT**

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Brian K. Delaney Assistant United States Attorney for the Eastern District of California hereby moves to dismiss the Indictment without prejudice against Defendant Juan Angel Lopez in the above captioned matter for the reason that the defendant has plead guilty in this district to Count 1 of Case Number 1:14-CR-00148 charging him conspiracy to distribute and possess with intent to distribute 500 Grams or more of a mixture containing a detectable amount of methamphetamine and 50 grams and more of methamphetamine (actual) in violation of 21 U.S.C. Sections 846 and 841(a)(1) and (b)(1)(A). Defendant recognizes the if he violates the plea agreement in case number 1:14 CR- 00148 , withdraws his plea, or tries to withdraw his plea, the government shall have the right to reinstate this indictment and to file any new charges that would otherwise be barred by that plea agreement.

Dated: October 14, 2014            BENJAMIN B. WAGNER
United States Attorney

By: /s/ BRIAN K. DELANEY
BRIAN K. DELANEY
Assistant United States Attorney

**ORDER**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and based upon the representation contained in the Government's Motion to Dismiss, IT IS HEREBY ORDERED that the indictment in this matter is dismissed without prejudice subject to reinstatement if the defendant withdraws his plea, tries to withdraw his plea or violates the terms of his plea agreement in case number 1:14 CR-00148.

.

IT IS SO ORDERED.

Dated: **October 16, 2014**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE