

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00259 LJO |
| Plaintiff, | |
| vs. | RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON |
| JUAN ANGEL LOPEZ | |
| Defendant. | |

The Court has received and reviewed a letter of January 13, 2015 for reconveyance of real property posted by Alfredo Ortega.

The defendant was ordered detained pursuant to a Pretrial Services violation petition on July 28, 2014.

The defendant was dismissed on October 16, 2014 [Doc. 38].

There is no objection by the Government.

IT IS HEREBY ORDERED that the real property bond in the above-captioned case be exonerated and title to the property recorded as Deed of Trust #0213098059 be reconveyed forthwith to Alfredo Ortega.

IT IS SO ORDERED.

Dated: January 29, 2015

HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1